IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INTERCONTINENTAL DATA<br>COMMUNICATIONS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE AND 21.COM, AN INTERNET<br>DOMAIN NAME,<br><br>    Defendants. | )<br>)<br>)<br>)  1:16-CV-613 (LMB/JFA)<br>)<br>)<br>)<br>)<br>) |

ORDER

On June 3, 2016, plaintiff filed a Motion for Preliminary Injunction [Dkt. No. 7]. As of June 23, 2016, no response has been filed. Accordingly, a hearing is unnecessary and it is hereby

ORDERED that plaintiff's Proposed Order Granting Preliminary Injunction [Dkt. No. 7-1] be and is ENTERED; and it is further

ORDERED that plaintiff is to make a good faith effort to effect service of this order upon defendants.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of June, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge