```
Court Name: United States District Court
Division: 1
Receipt Number: 14683059923
Cashier ID: rbroaden
Transaction Date: 06/23/2016
Payer Name: INTERCONTINENTIAL DATA
----------------------------------
TREASURY REGISTRY
 For: INTERCONTINENTIAL DATA
 Case/Party: D-VAE-1-16-CV-000613-001
 Amount:         $500.00
----------------------------------
CHECK
 Remitter: WILEY REIN
 Check/Money Order Num: 305995
 Amt Tendered: $500.00
----------------------------------
Total Due:       $500.00
Total Tendered:  $500.00
Change Amt:      $0.00

BOND

116CV613

INTERCONTINENTAL DATA COMM VS

JOHN DOE & 21.COM
```